AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAER, JR. , HAROLD | US DISTRICT | 05/08/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE | ☐ Nomination, Date    ☐ Initial   ☒ Annual   ☐ Final | 01/01/2005 to 12/31/2005 |

5b. ☐ Amended Report

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 2230 U.S. COURTHOUSE 500 PEARL STREET NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NEW YORK CITY MANAGEMENT WELFARE FUND |
| 2. | |
| 3. | |

RECEIVED
FINANCIAL DISCLOSURE OFFICE
2006 MAY 22 P 12: 36

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/08/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | MATTHEW BENDER & CO., INC. - BOOK ROYALTIES | $ 1,020.00 |
| 2. | | PENSION - NY STATE EMPLOYEES' RETIREMENT SYSTEM | $ 20,780.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. NON-FJC EDUCATION SEMINAR OR PROGRAM - FUNDED BY: AMER. LAW INST/AMER BAR ASSOC. | 03/01/05 TO 03/04/05 MAUI, HAWAII $3,499 |
| 2. MEETING OR SIMEINAR WITH ANOTHER GOVERNMENT ENTITY FUNDED BY: NY STATE JUDICIAL INST | 04/21/05 TO 04/21/05 WHITE PLAINS, NY N/A |
| 3. NON-FJC EDUCATIONAL SEMINAR OR PROGRAM FUNDED BY: GEORGE MASON UNIVERSITY | 05/13/05 TO 05/14/05 ARLINGTON, VA $1,841 |
| 4. NON-FJC EDUCATIONAL SEMINAR OR PROGRAM FUNDED BY: GEORGE MASON UNIVERSITY FOUNDATION | 11/11/05 TO 11/18/05 KEY WEST, FL $2,646 |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR. , HAROLD | 05/08/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. WACHOVIA SECURITIES | SECURITIES MARGIN ACCOUNT | J |
| 2. WACHOVIA SECURITIES | SECURITIES MARGN ACCOUNT | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. GILLETTE CO. | A | Dividend | | | SELL | 6/1 | J | B | |
| 2. ROCHESTER FUND | D | Dividend | L | T | | | | | |
| 3. | | | | | | | | | |
| 4. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |
| 5. HOME DEPOT INC. | A | Dividend | K | T | | | | | |
| 6. PROCTOR & GAMBLE CO. | A | Dividend | L | T | | | | | |
| 7. VANGUARD FUND (IRA) SHORT TERM INV GRADE FUND INV SHS | A | Dividend | | | SELL | 12/31 | K | A | |
| 8. SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 9. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 10. BELL SHOUTH CORP | A | Dividend | | | SELL | 6/1 | J | D | |
| 11. INTEL CORP. | A | Dividend | K | T | | | | | |
| 12. EXXON MOBILE CORP. | A | Dividend | K | T | | | | | |
| 13. ROCHESTER MUNICIPAL FUND, INC. | C | Dividend | M | T | | | | | |
| 14. FIRSDT ENERGEY CORP. | C | Dividend | L | T | | | | | |
| 15. PFIZER, INC. | C | Dividend | L | T | | | | | |
| 16. PUBLIC SERVICE ENTERPRISE GROUP | C | Dividend | L | T | PART SALE | 6/1 | J | C | |
| 17. CYPRESS SEMICONDUCTOR CORP | | None | K | T | PART SALE | 4/22 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR. , HAROLD | 05/08/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. OPPENHEIMER CAPITAL APPREC. FD IRA | | None | J | T | | | | | |
| 19. QUEST FOR DUAL PURPOSE FUND IRA | A | Dividend | J | T | | | | | |
| 20. US SAVINGS BONDS | B | Interest | J | W | | | | | |
| 21. ADVANTAGE PRIMARY 40 PD (NAME CHANGE) | A | Dividend | J | T | | | | | |
| 22. **MFS CHARTER INCOME TRUST-SBI | A | Dividend | J | T | | | | | |
| 23. ** ENTERTAINMENT PROPERTIES TRUST | B | Dividend | K | T | | | | | |
| 24. ** ABOVE PROPERTY SOLD 12/05 & FDS DISTR TO DANIEL FREY | | | | | | | | | BENEFICIARY OF TRUST |
| 25. I HAVE NO BENEFICIARY INTEREST IN THE TRUST | | | | | | | | | |
| 26. 3.67% INTEREST BUILDING BROOKLYN, NY | B | Rent | J | W | | | | | |
| 27. OCC CASH RESERVE | A | Dividend | J | T | | | | | |
| 28. OPENHEIMER QUEST CAPITAL VALUE FUND | | None | J | T | | | | | |
| 29. PLAINS ALL AMERICAN PIPELINE LP | B | Dividend | K | T | | | | | |
| 30. SMJCKER J.M. CO | A | Dividend | J | T | | | | | |
| 31. MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | | | | | |
| 32. GENERAL ELECTRIC | A | Dividend | J | T | | | | | |
| 33. ALLIANCE RESOURCES PARTNERS | A | Dividend | | | SELL | 3/24 | J | D | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR. , HAROLD | 05/08/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____   Date 5/15/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544